## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,　　　：
　　　　　　　　　　　　　　　　：
　　　　v.　　　　　　　　　　　：　　CASE NO.: 7:25-CR-00008 (WLS-ALS)
　　　　　　　　　　　　　　　　：
ADRIAN DUANE KENDALL,　　　　：
　　　　　　　　　　　　　　　　：
　　　　Defendant.　　　　　　　：
_____：

### Order Granting Motion to Continue

Defendant Adrian Kendall moves to continue his trial in the interests of justice. (Doc. 26.) He seeks a continuance stating that Counsel needs more time to review discovery, prepare a defense, investigate, research, and confer with Kendall. (Doc. 26 ¶ 4.)

Based on Kendall's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Kendall in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 26) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division November 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

To be sure, Kendall asks to continue the trial until the *beginning* of the November term. Yet the Court continues the case until the term's conclusion. Its longstanding practice is to continue trials until the conclusion of a term to allow the scheduling of multiple trials during that term. If Kendall objects to a continuance until the conclusion of the next trial term, he shall immediately notify the Court of this objection in writing.

　**SO ORDERED**, this 14th day of August 2025.

/s/ W. Louis Sands

**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**