**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:25-CR-8 (WLS) |
| ADRIANE DUANE KENDALL, | : |
| Defendant. | : |

**ORDER**

The United States Probation Office informed the Court that it needs more time to complete Defendant Kendall's Presentence Investigation Report because of Defendant's significant criminal history, all of which originates outside the Middle District of Georgia. USPO requests at least a thirty-day postponement in Defendant's sentencing hearing. As such, the Court finds that a continuance of the sentencing hearing is warranted. Accordingly, the sentencing hearing is **CONTINUED**. The Court will set the hearing by separate order or notice.

**SO ORDERED**, this 23rd day of January 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1