**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-8 (WLS) |
| | : | |
| ADRIAN DUANE KENDALL | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On April 8, 2026, the Court held a sentencing hearing in the above-captioned matter, wherein the Court continued Defendant's sentencing hearing. This Order memorializes that hearing. At the hearing, the Court heard from the Government on their objection (Doc. 43) to the pre-sentence investigative report (PSR) and their objection to the Court considering Defendant's last-minute, day-of-hearing filing of his response to the Government's objection. (Doc. 46). The Court asked Government if Defendant's response contained any unanticipated arguments to which they were not prepared to respond. Based on the Government's answer, the Court found more time was necessary to ensure full briefing and review of the issues related to the objection. To ensure sufficient time to review and respond, the Court continued Defendant's sentencing hearing. In so doing, the Court effectively overruled the Government's objection to the consideration of Defendant's untimely filing. The Court will notice the rescheduled sentencing hearing by separate notice or order. As a final note, Local Rule 32.1(d) requires the probation office to submit the PSR with an addendum setting forth any objections counsel may have made that have not been resolved no later than seven days prior to the sentencing hearing. For the probation office to fulfill its duty, any response to an objection to the PSR must be filed no later than seven days prior to the rescheduled sentencing hearing.

**SO ORDERED**, this 9th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**